**MINUTES [00:30]**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.:   5:17-cr-00163-01** |
| **versus** | **CHIEF JUDGE HICKS** |
| **RODOLFO BAIRES** | **MAGISTRATE JUDGE HORNSBY** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

    A Status Conference was held before Magistrate Judge Hornsby on December 5, 2017. Present for the Government was Jim Cowles standing in for Brandon Brown and present for Defendant were Eric G. Johnson and Norman J. Silverman. Defendant's counsel stated that Defendant may possibly file a Motion to Suppress. Accordingly, no scheduling order will be entered at this time. The Defendant's Motion to Suppress is due by March 22, 2018. Opposition by the Government is due by April 13, 2018. If a Motion to Suppress is filed, the hearing will be held May 3, 2018 at 2:00 p.m. The court finds that this delay is necessary in the interests of justice.

**December 6, 2017**

_____
Mark L. Hornsby
U.S. Magistrate Judge